**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| PHH MORTGAGE SERVICES,  )<br>  )<br>                         Plaintiff,  )<br>  )<br>vs.  )<br>  )<br>WESTERN THRIFT & LOAN,  )<br>  )<br>                         Defendant.  )<br>_____ ) | Case No. 2:10-cv-01626-PMP-PAL<br><br>**ORDER** |

      On April 3, 2012, the court held a hearing on the parties' Stipulation Regarding mediation (dkt #25) and Stipulation to Extend Deadline to Submit Joint Pretrial Order - Second Request (Dkt. #27), filed on March 30, 2012.  Aimee Cannon appeared on behalf of Plaintiff PHH Mortgage Services, J. Robert Smith appeared for Defendant Western Thrift & Loan, and Ismial Amin appeared for Third Party Defendant Gerald Sandler.

      The stipulation for mediation proposes that a mediation before a magistrate judge take place but would allow any party to opt out.  The stipulation to extend proposes an extension of the deadline to file the joint pretrial order until after a mediation which has not been scheduled.  At the hearing counsel for Plaintiff and Defendant believed a mediation might be successful between these parties, but that it would likely not resolve the third party claims.  Counsel for Third Party Defendant Sandler agreed his client was not in a position to settle at this time and was set to go to trial in a related case out of the district soon.  Under these circumstances the court advised counsel that the district judge would automatically refer this matter to the undersigned for a mandatory settlement conference after the joint pretrial order has been filed and a trial date has been set

      Having reviewed and considered the matter,

/ / /

**IT IS ORDERED**:

1. The parties' Stipulations (Dkt. ## 25 & 27) are DENIED.
2. The parties shall have until **April 24, 2012**, to file a Proposed Joint Pretrial Order which fully complies with Local Rules 16-3 & 16-4.
3. The disclosures required by Fed. R. Civ. P. 26(a)(3), and any objections thereto, shall be included in the parties Proposed Joint Pretrial Order.

Dated this 4th day of April, 2012.

　　　　　　　　　　　　　　　　　　　　＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿
　　　　　　　　　　　　　　　　　　　　PEGGY A. LEEN
　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE