Richard L. Elmore, Esq.
Nevada Bar Number 1405
relmore@hollandhart.com
J. Robert Smith, Esq.
Nevada Bar No. 10992
jrsmith@hollandhart.com
Holland & Hart LLP
5441 Kietzke Lane, Second Floor
Reno, Nevada 89511
775-327-3000 (tel.); 775-786-6179 (facsimile)

*Attorneys for Defendant/Third Party Plaintiff Western Thrift & Loan*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| PHH MORTGAGE SERVICES, a Delaware corporation, a/k/a PHH MORTGAGE SERVICES, a New Jersey corporation,<br><br>Plaintiff,<br><br>vs.<br><br>WESTERN THRIFT & LOAN, a Nevada corporation; DOES 1-10; and ROE CORPORATIONS 1-10; and ROE CORPORATIONS 1-10, inclusive,<br><br>Defendants. | CASE NO.: 2:10-CV-001626-JCM-(PAL)<br><br>**STIPULATION AND ORDER TO DISMISS** |
| AND RELATED THIRD PARTY CLAIMS | |

COMES NOW Plaintiff/Counterdefendant PHH Mortgage Services, a Delaware corporation a/k/a PHH Mortgage Services, a New Jersey corporation ("**Plaintiff**"), and Defendant/Counterclaimant Western Thrift & Loan ("**Defendant**"), by and through their respective counsel, and hereby stipulate and agree, that all of Plaintiff's claims against the Defendant and all of Defendant's counterclaims against the Plaintiff in the above-captioned action shall be DISMISSED without prejudice, except that all claims arising out of the following loans shall be DISMISSED with prejudice: Powell Loan No. 0028125201 ($192,000.00); Percival Loan Nos. 0028615540 ($562,500) and 0026537910 ($150,000); Walters Loan No. 0030197727 ($138,800); Ezekwo Loan No. 0028615540 ($315,000); Stephan Loan No.

0031842982 ($460,000); Moran Loan No. 0041766718 ($167,930); Brown Loan No. 0039562608 ($192,000); Dearaujo Loan No. 0039347802 ($290,000); and Weber Loan No. 0039726732 ($680,000). The parties further stipulate and agree that each party shall bear their own attorney's fees and costs.

**IT IS SO STIPULATED.**

DATED this ____ day of February, 2013.

| HOLLAND & HART LLP | GERRARD, COX & LARSEN |
|---|---|
| By: _____ | By: _____ |
| Richard L. Elmore, Esq. | James E. Shapiro, Esq. |
| Nevada Bar Number 1405 | Nevada Bar No. 7907 |
| 5441 Kietzke Lane, Second Floor | 2450 St. Rose Parkway, Suite 200 |
| Reno, NV 89511 | Las Vegas, NV 89074 |
| (775) 327-3000 | (702) 796-4000 |
| *Attorneys for Defendant* | *Attorneys for Plaintiff* |

## ORDER

**IT IS SO ORDERED** March 14, 2013.

_____
UNITED STATES DISTRICT COURT JUDGE

Submitted By:

**GERRARD, COX & LARSEN**

_____
James E. Shapiro, Esq.
Nevada Bar No. 7907
2450 St. Rose Parkway, Suite 200
Las Vegas, NV 89074
(702) 796-4000
*Attorneys for Plaintiff*

6039298_2.DOCX